**UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE**
**CHAPTER 13 PROCEEDING MEMO**

DATE: <u>April 25, 2016</u>

CASE NO. 16-10574
CASE NAME: JOSEPH & KAREN POPE
DEBTOR'S COUNSEL: NINA PAPPOULIS, ESQUIRE

**(CONFIRMATION:)**
____ INTERIM          WAGE ORDER ____ 15TH ✓    Final
____ CONTINUED                                   $165.00 - 60
✓ FINAL ✓
____ 3/7 ✓ PLAN DATED
____ (6) DOCKET NO

**OBJECTIONS:**
CONFIRMATION: MOVANT __State → ok__ W/D ____
                MOVANT _____ W/D ____

CLAIM # ____ CLAIMANT _____ W/D____ ENTER ORDER____
CLAIM # ____ CLAIMANT _____ W/D____ ENTER ORDER____

CONTINUED _____

**MOTIONS:**
DISMISS: MOVANT _____        ____ GRANTED
____ CONVERT                                    ____ WITHDRAWN
____ MORATORIUM                                 ____ CONTINUED FOR REVIEW
____ RECONSIDERATION                            ____ COMPLETED
____ SEVER                                      ____ DENIED

CONTINUED _____

**ORDERS:**
____ TAX ORDER

____ PRE-CONFIRMATION

____ MATERIAL DEFAULT

MOVANT: _____
STATE _____    IRS _____
$ TRUSTEE _____   $ MORTGAGE _____
$ TRUSTEE _____   $ MORTGAGE _____

        + _____              + _____

DUE BY _____

STATUS OF PREVIOUS ORDER:          EXTENDED

**DISMISSALS:**
____ AT HEARING
____ PRIOR TO HEARING
____ CONTINUED TO SPECIAL HEARING

HEARING DATE _____