IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  :  Bk. Case No: 16-10574 (BLS)
JOSEPH POPE  :
KAREN POPE  :
Debtors.  :  Chapter 13

## ORDER

AND NOW, this ___8th___ day of ___July___, 2016 the foregoing Motion having been presented and heard, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

2. Debtor(s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

3. Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

_____
UNITED STATES BANKRUPTCY JUDGE

July 7, 2016  
MICHAEL B. JOSEPH, ESQUIRE  
Motion To Allow Plan Disribution "Exhibit A"

```
JOSEPH POPE                              CASE NO. 16-10574BLS
KAREN POPE
30 RITTER DRIVE
MILLSBORO, DE  19966                     % PLAN : 8.89
                                         PLAN TERM: 60    RECEIPT AMOUNT:            165.00
                                         RECEIPTS PAID IN TO DATE    :              495.00
ATTY: NINA PAPPOULIS, ESQUIRE            DISBURSEMENTS TO DATE       :               29.70
      BLAKELY GREGORY & PAPPOULIS        CURRENT BALANCE             :              465.30
      5307 LIMESTONE ROAD,SUITE 103
      WILMINGTON, DE 19808
```

|     |                           |                    |          | ADJUSTED |       |           |
|-----|---------------------------|--------------------|----------|----------|-------|-----------|
| CLAIM |                         |                    | ORIGINAL | CLAIM    | TOTAL | CURRENTLY |
| NO. | CREDITOR NAME             | CLAIM TYPE         | DEBT     | AMOUNT   | PAID  | DUE       |
| 001 | NISSAN INFINITI LT        | DIRECT             | 6186.00  | 0.00     | 0.00  | 0.00      |
| 002 | QUANTUM3 GROUP            | UNSECURED          | 1088.00  | 96.84*   | 0.00  | 96.84     |
| 003 | ALLY FINANCIAL            | SURRENDERED        | 24554.00 | 0.00     | 0.00  | 0.00      |
| 004 | FREEDOM ROAD FINANCIAL    | SECURED VEHICLE    | 5500.00  | 6265.00  | 0.00  | 6265.00   |
| 005 | CAPITAL ONE               | UNSECURED          | 943.00   | 83.94*   | 0.00  | 83.94     |
| 006 | CAPITAL ONE               | UNSECURED          | 1444.00  | 128.46*  | 0.00  | 128.46    |
| 007 | MIDLAND FUNDING, LLC      | UNSECURED          | 0.00     | 652.70*  | 0.00  | 652.70    |
| 008 | MIDLAND FUNDING, LLC      | UNSECURED          | 369.00   | 32.90*   | 0.00  | 32.90     |
| 009 | MIDLAND FUNDING, LLC      | UNSECURED          | 1687.00  | 150.14*  | 0.00  | 150.14    |
| 010 | MIDLAND FUNDING, LLC      | UNSECURED          | 280.00   | 28.24*   | 0.00  | 28.24     |
| 011 | DSRM NATL BK/DIAMOND SHAM | UNSECURED          | 791.00   | 74.68*   | 0.00  | 74.68     |
| 012 | BEEBE HEALTHCARE          | UNSECURED          | 0.00     | 9.72*    | 0.00  | 9.72      |
| 013 | WELLS FARGO BANK, N.A.    | UNSECURED          | 6411.00  | 570.33*  | 0.00  | 570.33    |
| 014 | LVNV FUNDING LLC          | UNSECURED          | 2380.00  | 215.07*  | 0.00  | 215.07    |
| 015 | LVNV FUNDING LLC          | UNSECURED          | 699.00   | 65.59*   | 0.00  | 65.59     |
| 016 | MERRICK BANK              | UNSECURED          | 2046.00  | 137.55*  | 0.00  | 137.55    |
| 017 | MERRICK BANK              | UNSECURED          | 1802.00  | 120.98*  | 0.00  | 120.98    |
| 018 | SYNCHRONY BANK            | UNSECURED          | 711.00   | 57.14*   | 0.00  | 57.14     |
| 019 | COMENITY CAPITAL BANK     | UNSECURED          | 0.00     | 108.54*  | 0.00  | 108.54    |
| 020 | TD BANK USA, N.A.         | UNSECURED          | 1261.00  | 115.36*  | 0.00  | 115.36    |
| 021 | TD BANK USA, N.A.         | UNSECURED          | 1135.00  | 101.00*  | 0.00  | 101.00    |
| 022 | PORTFOLIO RECOVERY ASSOC. | UNSECURED          | 1300.00  | 115.71*  | 0.00  | 115.71    |
| 023 | PORTFOLIO RECOVERY ASSOC. | UNSECURED          | 2082.00  | 176.15*  | 0.00  | 176.15    |
| 024 | HYUNDAI LEASE TITLING TRUST | DIRECT           | 4452.00  | 0.00     | 0.00  | 0.00      |
| 025 | HYUNDAI LEASE TITLING TRUST | DIRECT           | 4462.00  | 0.00     | 0.00  | 0.00      |
| 050 | NINA PAPPOULIS, ESQUIRE   | NOT FILED PRIORITY | 0.00     | 0.00     | 0.00  | 0.00      |
| 100 | CAPITAL ONE               | NOT FILED UNSECURED| 828.00   | 0.00     | 0.00  | 0.00      |
| 101 | DEUTSCHE BANK             | NOT FILED UNSECURED| 50000.00 | 0.00     | 0.00  | 0.00      |
| 102 | ENHANCED RECOVERY         | NOT FILED UNSECURED| 143.00   | 0.00     | 0.00  | 0.00      |
| 103 | TORRES CREDIT SERV.       | NOT FILED UNSECURED| 1165.00  | 0.00     | 0.00  | 0.00      |
| TOTALS |                        |                    | 123719.00 | 9306.04 | 0.00  | &         |

* Marked Claims have been adjusted according to payment status or percent plan.